DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

WALTER CONNELLY OWENS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1648

_____

October 1, 2025

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Susan St. John, Judge.

PER CURIAM.

Affirmed.

NORTHCUTT, VILLANTI, and SLEET, JJ., Concur.

_____

Opinion subject to revision prior to official publication.